JOSHUA H. LERNER
CA Bar No. 220755
joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1124

ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone:  (202) 663-6000

*Attorneys for Defendant X Corp.,*
*successor in interest to Twitter, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH ASHTON-CIRILLO,<br><br>                Plaintiff,<br><br>  v.<br><br>TWITTER, INC.,<br><br>                Defendant. | Case No. 3:23-cv-00086-LB<br><br>**DECLARATION OF ARI HOLTZBLATT ISO DEFENDANT'S MOTION TO DISMISS**<br><br>Hearing Date:  June 29, 2023<br>Courtroom: B<br>Time: 9:30 a.m.<br>Judge: Hon. Laurel Beeler |

1.  I, Ari Holtzblatt, declare and state as follows:

2.  I am an attorney licensed to practice law in the District of Columbia and am one of the counsel of record for X Corp., successor in interest to Defendant Twitter, Inc. in this action. I submit this Declaration in support of Defendant's motion to dismiss.

3.  **Exhibit A** is a true and accurate copy of Twitter's current Terms of Service, in effect from June 10, 2022, as downloaded on April 12, 2023 from Twitter's website at https://cdn.cms-twdigitalassets.com/content/dam/legal-twitter/site-assets/terms-of-service-june-10-2022/Twitter_User_Agreement_EN.pdf.

4.  In the past month, I have contacted Plaintiff's counsel multiple times to discuss upcoming deadlines on this case and to alert him to notices issued by this Court. Plaintiff's counsel has not responded to these communications.

5.  On March 14, I emailed Plaintiff's counsel to advise him of this Court's third notice, issued on March 13, 2023, directing Plaintiff to file a consent or declination to proceed before a magistrate judge. The next day, I offered to file the consent or declination form on his behalf, with a signature attestation indicating that he had authorized the filing. Counsel for Plaintiff did not respond to these emails.

6.  On March 16, I emailed Plaintiff's counsel again urging him to file the consent or declination form. That day, Plaintiff's counsel responded by email stating, "I will follow up today." He did not do so.

7.  On March 28, I emailed Plaintiff's counsel again. In the email, I noted that he still had not appeared in this case or filed the consent or declination form. I asked whether Plaintiff still intended to litigate this case. Plaintiff's counsel did not respond to my email.

8.  On March 29, this Court issued its fourth notice directing Plaintiff to file a consent or declination to proceed before a magistrate judge. On March 31, I emailed Plaintiff's counsel advising him of the Court's March 29 notice, and once again inquired whether Plaintiff still intended to litigate this case. As of April 13, counsel has not responded to this email.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on April 13, 2023 in Washington, D.C.

| | |
|---|---|
| Dated: April 13, 2023 | /s/   *Ari Holtzblatt*<br>ARI HOLTZBLATT (*pro hac vice*)<br>ari.holtzblatt@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2100 Pennsylvania Avenue, NW<br>Washington, D.C. 20037<br>Telephone: (202) 663-6000<br><br>JOSHUA H. LERNER<br>CA Bar No. 220755<br>joshua.lerner@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>One Front Street, Suite 3500<br>San Francisco, CA 94111<br>Telephone: (628) 235-1124<br><br>*Attorneys for Defendant X Corp.,*<br>*successor in interest to Twitter, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2023 I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of these filings to all registered counsel.

Dated: April 13, 2023            By:   /s/ Ari Holtzblatt
                                       ARI HOLTZBLATT